AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:25-mj-00276 |
| Brian J. Cole, Jr. | ) Assigned To: Judge Upadhyaya, Moxila A. |
|  | ) Assign. Date: 12/3/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Brian J. Cole, Jr.

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(d)   Explosive Device - transportation in interstate commerce with intent to kill, injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle, or other real or personal property

18 U.S.C. § 844(i)   Explosive Device - malicious destruction or attempted malicious destruction by means of fire and explosive materials

Date: 12/03/2025

*Issuing officer's signature*

City and state: Washington, DC

Moxila A. Upadhyaya, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/3/25, and the person was arrested on *(date)* 12/4/25
at *(city and state)* Woodbridge VA

Date: 12/4/25

*Arresting officer's signature*

SA Nicholas Hanak
*Printed name and title*