UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 25-mj-276 (MAU) |
| v. : | |
| : | |
| BRIAN J. COLE, JR., : | |
| : | |
| Defendant. : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Charles R. Jones, who may be contacted by telephone at 202-252-6976 or by e-mail at Charles.Jones3@usdoj.gov, is entering his appearance as counsel for the United States.

Respectfully submitted,

*/s/ Charles R. Jones*
Charles R. Jones
Assistant United States Attorney
DC Bar No. 1035541
National Security Section
601 D Street, N.W.
Washington, D.C. 20530
Office: (202) 252-6796
Charles.Jones3@usdoj.gov