UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No.: |
| | ) 1:25-mj-00276-MAU |
| v. | ) |
| | ) |
| BRIAN J. COLE, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF MARIO B. WILLIAMS

I, Mario B. Williams, hereby declare:

1. My full name is Mario Bernard Williams.

2. My office address is 3480 Peachtree Road, NE, Second (2nd) Floor and my telephone number is (470) 257-2485.

3. I am admitted to practice before the following courts:

   - The Georgia State Bar (admitted June 3, 2010);
   - The New York State Bar (admitted May 16, 2011);
   - The Virginia State Bar (admitted September 20, 2017);

4. I have not been disciplined by any Bar.

5. I have not been admitted pro hac vice in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia and am not a member of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted: December 20, 2025

_____
Mario B. Williams

**HUMANITY DIGNITY AND RIGHTS LLC**
**MARIO B. WILLIAMS, ESQUIRE**
Life Time Work - Buckhead - at Phipps Plaza
3480 Peachtree Road, NE, Second (2nd) Floor
Atlanta, Georgia 30326
Tel.: (470) 257-2485
Fax: (470) 660-8523
Email: mwilliams@hdrattorneys.com