State Bar
of Georgia

*Lawyers Serving the Public and the Justice System*

**Mr. Mario Bernard Williams**
**Humanity Dignity and Rights LLC**
**3480 Peachtree Rd NE**
**Atlanta, GA 30326-1210**
**UNITED STATES**

**CURRENT STATUS:**        **Active Member-Good Standing**
**DATE OF ADMISSION:**     **6/3/2010**
**BAR NUMBER:**            **235254**
**TODAY'S DATE:**          **12/16/2025**

The prerequisites for practicing law in the State of Georgia are as follows:

    **- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
    **- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
    **- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435