UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: |
| ) | <u>1:25-mj-00276-MAU</u> |
| v. ) | |
| ) | |
| BRIAN J. COLE, JR. , ) | |
| ) | |
| Defendant. ) | |
| ) | |

### MOTION FOR ADMISSION PRO HAC VICE
### OF JOSEPH ALEXANDER LITTLE IV

This motion is submitted by John Shoreman, a member in good standing of the Bar of this Court, seeking the admission *pro hac vice* of Joseph Alexander Little IV to represent the defendant, Brian J. Cole, Jr., in the above-captioned criminal matter. This motion is filed pursuant to Local Civil Rule 83.2(c)(2).

It is respectfully requested that the Court permit Joseph Alexander Little IV, an attorney duly licensed and in good standing in Tennessee, and other jurisdictions as detailed in the attached Declaration, to appear and participate in this matter on behalf of Brian J. Cole, Jr. Admission *pro hac vice* is warranted because Joseph Alexander Little IV possesses the requisite qualifications, has complied with all procedural requirements under Local Civil Rule 83.2, and will be sponsored by undersigned counsel. All as more fully shown in the attached Declaration.

The required filing fee of $100 has been submitted with this Motion.

WHEREFORE, Brian J. Cole, Jr., prays this Court grant this Motion for Admission *pro hac vice* and permit Joseph Alexander Little IV to appear and participate as counsel in the above-captioned case.

/s/ John M. Shoreman
John M. Shoreman
D.C. Bar No. 402262

McFadden & Shoreman
HDR LLC
3480 Peachtree Road, NE, 2nd Floor
Atlanta, Georgia  30326
(571) 296-8450
Email: jms@mcfaddenshoreman.com

*Attorney for Defendant Brian J. Cole, Jr.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December, 2025, the foregoing Motion for Admission *pro hac vice* was filed with the Clerk of Court using the Court's electronic filing system which will automatically send electronic mail notification of such filing to counsel of record who are electronic filing participants.

/s/ John Michael Shoreman
John Michael Shoreman
