# UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| Plaintiff(s) | ) |
| | ) |
| vs. | )  Case Number:  1:25-mj-276 |
| Brian Cole Jr. | ) |
| Defendant(s) | ) |

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Joseph Alexander Little IV

2. State bar membership number: TN BPR 029858

3. Business address, telephone and fax numbers:
   54 Music Sq. E. Ste 300 Nashville, TN 37203; Tel: 615-985-8205

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   See attached.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑
   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  0
   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?

9. Do you have a pending application for admission into USDC for the District of Columbia?

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

(CHECK ALL ITEMS THAT APPLY)

1. [✓] has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. [✓] has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. [ ] has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

12-22-2025

DATE

SIGNATURE OF ATTORNEY

## Addendum

- United States District Court California – Central District – 08/15/2019
- United States District Court California – Northern District – 09/19/2025
- United States District Court Illinois -- Northern District – 07/08/2025
- United States District Court Missouri – Eastern District – 08/19/2019
- United States District Court Tennessee - Eastern District – 09/21/2013
- United States District Court Tennessee – Middle District -- 06/16/2010
- United States District Court Tennessee – Western District – 10/08/2014
- United States District Court Texas – Western District – 02/10/2025
- 3rd Circuit Court of Appeals – 02/11/2025
- 4th Circuit Court of Appeals – 09/01/2023
- 6th Circuit Court of Appeals – 08/30/2013
- 7th Circuit Court of Appeals – 07/04/2025
- 8th Circuit Court of Appeals – 09/20/2022
- 9th Circuit Court of Appeals – 10/24/2024
- 10th Circuit Court of Appeals - 08/30/2013
- 11th Circuit Court of Appeals – 11/09/2022
- State of Tennessee – 029858 -- 06/01/2011
- State of California -- 247883 -- 12/21/2006
- U.S. Supreme Court -- 292837 -- 12/01/2014

# Supreme Court of Tennessee

## Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

### Joseph Alexander Little, IV

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on June 1, 2011, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 30th day of June, 2025.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: *Donna Gilmore*
Donna Gilmore, D.C.