# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:25-mj-00276 |
| : | |
| **BRIAN J. COLE, JR.,** : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files the attached redacted Memorandum in Support of the Court's Inherent Authority to Accept Grand Jury Indictment Return, which was submitted to the Court under seal on December 29, 2025. As directed by the Court on December 30, 2025, the government sought authorization from the Court on December 31 to file the memorandum with redactions. Having received the Court's authorization today, the government now files the redacted memorandum on the docket.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Charles R. Jones*
CHARLES R. JONES (D.C. Bar No. 1035541)
JOCELYN BALLANTINE (CA Bar No. 208267)
Assistant United States Attorneys
National Security Section
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-6976
Charles.Jones3@usdoj.gov
Tel: (202) 252-7252
Jocelyn.Ballantine2@usdoj.gov